THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv141

RICHARD L. INGLE,              )
                               )
        Plaintiff,             )
                               )
   vs.                         )
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social Security, )
                               )
        Defendant.             )
                               )
_____ )

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is **GRANTED** to the extent that the Plaintiff seeks reversal of the Commissioner's decision denying him disability benefits. To any extent that the Plaintiff seeks an immediate award of benefits, the Plaintiff's Motion [Doc. 10] is **DENIED**. The Defendant's Motion for Summary Judgment [Doc. 14] is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further administrative action consistent herewith and with the accompanying Memorandum of Decision and Order.

**IT IS SO ORDERED.**

Signed: November 4, 2011

Martin Reidinger
United States District Judge