IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv141

| | |
|---|---|
| RICHARD L. INGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion For Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d)(1)(A). [Doc. 18].

The parties agree the appropriate award of attorney's fees is the amount of Five Thousand Two Hundred Four Dollars and Forty-Four Cents ($5,204.44) in full satisfaction of any and all claims by the Plaintiff in this case pursuant to 28 U.S.C. §2412(d).[1] Attached to the Plaintiff's Motion is a copy an assignment of awarded EAJA fees by the Plaintiff to his attorney. [Doc. 18-1]. The Court finds that the Commissioner should accept this assignment of the awarded fees by the Plaintiff to his attorney and shall pay that award of

---

[1] Counsel for the Defendant has reported to the Court that he consents to the amount sought and the proposed terms of an order. The Court thus finds that no response is required.

fees directly to Plaintiff's counsel provided it is shown that as of the date of this Order, the Plaintiff does not owe any debt to the United States Government which is subject to offset. <u>Astrue v. Ratliff</u>, __ U.S. __, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion For Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) [Doc. 18] is hereby **GRANTED** and the Plaintiff is hereby awarded attorney's fees in the amount of Five Thousand Two Hundred Four Dollars and Forty-Four Cents ($5,204.44) which sum is in full satisfaction of any and all claims by the Plaintiff in this case pursuant to 28 U.S.C. §2412(d).

**IT IS FURTHER ORDERED** that the Commissioner shall inform Plaintiff's counsel whether the Plaintiff owes a debt to the Government by which this fee award may be offset no later that thirty (30) days from entry of this Order.

**IT IS FURTHER ORDERED** that no additional Petition pursuant to 28 U.S.C. §2412(d) may be filed.

Signed: August 7, 2012

Martin Reidinger
United States District Judge